**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENISE M. SMITH,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 4:11-CV-1230** |
| | : | |
| **vs.** | : | **(Complaint Filed 6/29/11)** |
| | : | |
| **MICHAEL ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL** | : | **(Judge Caputo)** |
| **SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY**
**ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and
against Denise M. Smith as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Denise M.
Smith disability insurance benefits and supplemental security income benefits
is affirmed.

3. The Clerk of Court shall close this case.

s/A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: December 3, 2012